IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-00067-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| DANIEL LEE WADE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Docket Entry Number 36, filed on October 30, 2018, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Seal Docket Entry Number 36 be sealed.

This  30th  day of    October        , 2018.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Judge