FILED IN OPEN COURT
ON 11/7/18 ~~WI~~
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:17-CR-00067-FL-1

UNITED STATES OF AMERICA          :
                                  :
              v.                  :
                                  :
DANIEL LEE WADE, JR.              :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, Daniel Lee Wade, Jr., on February 13, 2018 to a violation of 18 U.S.C. §§ 922(g)(1) and 924, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit: a Glock, model 23, .40 caliber, semi-automatic pistol, bearing serial number ABKF405US, thirteen (13) rounds of Aguila, .40 caliber ammunition, and any and all other related ammunition; and

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant, the United States is hereby authorized to seize the above-stated

1

personal property, and it is hereby forfeited to the United

States for disposition in accordance with the law, including

destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In

accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall

become final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and

Commitment Order, the Clerk of Court is directed to incorporate

a reference to this Order of Forfeiture in the applicable

section of the Judgment, as required by Fed. R. Crim. P.

32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order

to all counsel of record.

SO ORDERED. This 2ᵗ day of November, 2018.

LOUISE W. FLANAGAN
United States District Judge