IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CRIMINAL NO. 4:17-CR-67-1FL
CIVIL NO. 4:19-CV-125-FL

| | |
|---|---|
| DANIEL LEE WADE, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The papers in the above captioned matter are hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

( )    The filing entitled Motion to Vacate under 28 U.S.C. 2255 was not signed or did not have an original signature.

(X)    Other: The Motion to Vacate under 28 U.S.C. 2255 was not dated on the signature page

Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected papers within twenty-one (21) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this <u>4th</u> day of September, 2019.

_____
Louise W. Flanagan
United States District Judge